## BUDD LARNER
A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

Direct Dial: (973) 315-4471
E-Mail: canton@budd-larner.com

March 2, 2012

**BY E-MAIL**

Honorable Robert E. Gerber, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   **261 East 78 Realty Corporation: Case No. 11-15624 (REG)**
      **Motion to Extend Deadline to File Plan of Reorganizaiton**
      **Hearing Date: February 29, 2012 at 9:45 a.m.**

Dear Judge Gerber:

I am writing on behalf of MB Financial Bank, N.A. ("MB Financial"), in response to Mr. Shaked's letter of earlier today seeking "clarification" of the Court's decision on the Debtor's motion to extend the time period in which to file a Chapter 11 Plan. No clarification is needed. The Court expressly and unequivocally conditioned the extension of time on the filing of an adversary proceeding. That decision is consistent with Bankruptcy Rule 7001(2) and is reflected in the Debtor's own proposed form of Order, which Mr. Shaked submitted yesterday by way of Notice of Presentment. MB Financial respectfully requests that the Court deny the request for "clarification."

Thank you for your consideration of this matter.

Respectfully yours,

/s/ Christopher P. Anton

Christopher P. Anton

CPA/fc/884428
cc:   By E-mail
      Chris Georgoulis, Esq.
      Dan Shaked, Esq.
      James B. Daniels, Esq.
      Sean Southard, Esq.