# Twelve-Month Cash Flow

**In Re: 261 East 78 Realty Corporation 11-15624(REG)**
80 Park Avenue #10N
New York, NY 10016

|  | # # | # # # | Sep-13 | Oct-13 |
|---|---|---|---|---|
| **Cash Summary** | | | | |
| **Cash on Hand** (beginning of month) | | | 1,075 | 4,150 |
| **Cash Available** (on hand + receipts, before cash out) | | | 53,904 | 56,979 |
| **Cash Position** (end of month) | | | 4,150 | 2,225 |
| | | | | |
| **Cash Receipts** | | | | |
| Basement - Esquared | | | 4,635 | 4,635 |
| 1/F - Dr Michel | | | 8,531 | 8,531 |
| 2/F - Amplitude | | | 17,500 | 17,500 |
| 3/F - | | | | |
| 4/F - | | | | |
| 5/F - 200 E79 | | | | |
| 6/F - Mando | | | 22,163 | 22,163 |
| Tax Escalations | | | | |
| **Total Cash Receipts** | | | **52,829** | **52,829** |
| | | | | |
| **Cash Paid Out** | | | | |
| Con Edison - Gas and Electric | | | 2500 | 2500 |
| Time Warner - Telephones | | | 672 | 672 |
| DEP - Water and Sewer | | | 300 | 300 |
| Bldg Management/Security | | | 7400 | 7400 |
| Elevator Maintenance | | | 800 | 800 |
| Elevator Repair | | | | |
| Security Sysytem - ADT | | | | |
| Computer/Monitor | | | | |
| Signage | | | | |
| Garbage Removal | | | 82 | 82 |
| TI Basement | | | 25000 | 25000 |
| Leasing Commissions/5th Floor repairs | | | | |

| | | |
|---|---:|---:|
| RE Taxes | 10000 | 15000 |
| Insurance | | |
| Management Fees | 1500 | 1500 |
| Miscellaneous/Admin | 1500 | 1500 |
| Professional Fees | | |
| US Trustee | | |
| **Total Cash Paid Out** | **49,754** | **54,754** |

|  |  | Fiscal Year Begins: | Jan-13 |  |
|---|---|---|---|---|
| Nov-13 | Dec-13 | Cash Collateral Budget | deviation |  |
| 2,225 | 5,300 |  |  |  |
| 55,054 | 58,129 |  |  |  |
| 5,300 | 4,925 |  |  |  |
| 4,635 | 4,635 |  |  |  |
| 8,531 | 8,531 |  |  |  |
| 17,500 | 17,500 |  |  |  |
| 22,163 | 22,163 |  |  |  |
| **52,829** | **52,829** |  |  |  |
| 2500 | 2500 | 10000 | 0.00 |  |
| 672 | 672 | 2688 | 0.00 |  |
| 300 | 300 | 1200 | 0.00 |  |
| 7400 | 7400 | 29600 | 0.00 |  |
| 800 | 800 | 3200 | 0.00 |  |
|  | 6500 | 6500 | 0.00 |  |
| 82 | 82 | 328 | 0.00 |  |
| 25000 | 15000 | 90000 | 0.00 |  |

| | | | |
|---:|---:|---:|---:|
| 10000 | 15000 | 50000 | 0.00 |
| 1500 | 1500 | 6000 | |
| 1500 | 1500 | 6000 | 0.00 |
| | | | |
| | 1950 | 1950 | |
| **49,754** | **53,204** | | |