Steven M. Kaplan
KAPLAN & LEVENSON P.C.
*Attorneys for Secured Creditor Hermes Capital, LLC*
630 Third Avenue
New York, NY 10017
212.983.6900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
In Re:

261 EAST 78 REALTY CORPORATION,

              Debtor.
-------------------------------------------------------------------

Chapter 11

Case No. 11-15624 (REG)

## AMENDED NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

TO: UNITED STATES BANKRUPTCY COURT CLERK:

    PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), the undersigned hereby appears as counsel for HERMES CAPITAL, LLC, a party in interest in the above captioned bankruptcy proceeding, and that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served in this case, be given to and served upon:

Steven M. Kaplan, Esq.
Kaplan & Levenson P.C.
630 Third Avenue
New York, NY 10017
smk@kaplev.com
Tel: (212) 983-6900
Fax: (212) 983-9210

    PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

{00103673.1 / 1256-001}

all orders and notice of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) debtor, (b) property of the debtor's estate or proceeds thereof, in which any of the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: October 14, 2013

                                  KAPLAN & LEVENSON P.C.

                                  By:  /s/ Steven M. Kaplan

                                      Steven M. Kaplan
                                      Kaplan & Levenson P.C.
                                      630 Third Avenue
                                      New York, NY 10017
                                      Tel: (212) 983-6900
                                      Fax: (212) 983-9210
                                      *Attorneys for Hermes Capital, LLC*