UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re 261 EAST 78 REALTY                              Case No. 11-15624 (reg)
    Debtor                                    Reporting Period:    Aug-13

                                              Federal Tax I.D. #   20-8734693

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|   Copies of bank statements | | X | |
|   Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | X | |
|   Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | X | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | X | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual*  */s/ Lee Moncho*    Date    9/18/2013

Printed Name of Authorized Individual  Lee Moncho    Date    9/18/2013

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re 261 EAST 78 REALTY                    Case No. 11-15624
     Debtor                                 Reporting Period: AUG 2013

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | | | | | |
| CASH BEGINNING OF MONTH | 11759.02 | | | | |
| | | | | | |
| CASH SALES | 52963.74 | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | |
| TOTAL RECEIPTS | 52963.74 | | | | |
| | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | 50626.45 | | | | |
| SELLING | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 1950 | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | 52576.35 | | | | |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | 387.19 | | | | |
| | | | | | |
| CASH - END OF MONTH | 12146.21 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |

FORM MOR-1 (RE)
2/2008
PAGE 1 OF 2

12/12/2011  13:29   912123002010            GCP                                              PAGE  03/13

In re: 261 EAST 78 REALTY           Case No. 11-15624
Debtor                              Reporting Period: Aug 2013

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 50626.79 |
|---|---|

In re 261 EAST BT REALTY
Debtor

Case No. 11-15624
Reporting Period: Aug 2013

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 12,146.21 | | |
| **BANK BALANCE** | 12,142.21 | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | | | |
| OTHER (ATTACH EXPLANATION) | | | |
| **ADJUSTED BANK BALANCE \*** | 12,142.21 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

**OTHER**

In re 261 EAST 78 REALTY  Case No. 11-15624
Debtor  Reporting Period: Aug 2013

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Rental Income | 52963.94 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 52963.94 | |
| **EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | 508666 | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | 1435 | |
| Office Expense | 442.05 | |
| Other Interest | | |
| Repairs | 22070.76 | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | 3627.20 | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | 50545.09 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 2418.85 | 2500.51 |
| **OTHER INCOME & EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 1950 | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | 1950 | |
| Income Taxes | | |
| Net Profit (Loss) | 468.85 | 387.19 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: __261 EAST 78 REALTY__   Case No. __11-15624__
Debtor                           Reporting Period: __AUG 2013__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | | | |
|---|---|---|---|
| Unrestricted Cash and Equivalents | 12146.21 | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | | |
| TOTAL CURRENT ASSETS | | | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 20,000,000 | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | 20,000,000 | | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets (attach schedule) | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | 20,012,146 | 21 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities (attach schedule) | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 17112649 | | |
| Priority Debt | | | |
| Unsecured Debt | 562423 | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| TOTAL LIABILITIES | 17793072 | | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | 2219074 | 21 | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions (attach schedule) | | | |
| NET OWNERS' EQUITY | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 20012146 | 21 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

12/12/2011  13:29   912123002010                GCP                                    PAGE   09/13

FORM MOR-4 (RE)
2/2008
PAGE 1 OF 1

In re 261 EAST 78 REALTY
Debtor

Case No. 11-15624
Reporting Period: Aug 2013

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt (list creditor) | ███ | ███ | ███ | ███ | ███ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

From rental income
_____
_____
_____

12/12/2011   13:29    912123002010                GCP                                    PAGE   10/13

# RENT ROLL

In re: 261 EAST 78 GARY
Debtor

Case No. 11-15624
Reporting Period: Aug 2013

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

Property: 261 East 78th Street NY 10075
Square Footage: 1500

Totals: 5265 94

FORM MOR-5 (RE)
2/2008
PAGE 1 OF 1

12/12/2011 13:29 912123002010 GCP PAGE 12/13

In re 261 EAST 78 REALTY    Case No. 11-15624
Debtor    Reporting Period: Aug 2013

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

*Debtor Cash flow statement substituted for this page*

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| **REORGANIZATION EXPENSES** | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

FORM MOR-7 (RE)
2/2008
PAGE 1 OF 1

12/12/2011 13:29   912123002010   GCP   PAGE 13/13

In re **261 EAST 75 REALTY CORP**  
Debtor

Case No. **11-15624**  
Reporting Period: **AUG 2013**

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| 8. Are any post petition State or Federal income taxes past due? | | ✓ |
| 9. Are any post petition real estate taxes past due? | | ✓ |
| 10. Are any other post petition taxes past due? | | ✓ |
| 11. Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 12. Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 13. Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 14. Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 15. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 16. Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |

FORM MOR-8 (RE)  
2/2008  
PAGE 1 OF 1



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

261 EAST 78 REALTY CORPORATION
DIP CASE 11-15624 SDNY
80 PARK AVE APT 10N
NEW YORK NY  10016-2545

Page: 1 of 3
Statement Period: Aug 01 2013-Aug 31 2013
Cust Ref #: 4264954102-039-T-###
Primary Account #: 426-4954102

## Chapter 11 Checking
261 EAST 78 REALTY CORPORATION
DIP CASE 11-15624 SDNY

Account # 426-4954102

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,759.02 | Average Collected Balance | 21,801.97 |
| Deposits | 57,733.94 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 49,711.30 | | |
| Electronic Payments | 2,850.45 | | |
| Other Withdrawals | 4,785.00 | | |
| Ending Balance | 12,146.21 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/1 | DEPOSIT | 8,530.94 |
| 8/5 | DEPOSIT | 17,500.00 |
| 8/6 | DEPOSIT | 4,770.00 |
| 8/14 | DEPOSIT | 22,163.00 |
| 8/21 | DEPOSIT | 4,770.00 |
| | Subtotal: | 57,733.94 |

**Checks Paid**  No. Checks: 11   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 8/29 | 1141 | 16,777.63 | 8/14 | 1162 | 5,000.00 |
| 8/5 | 1157* | 8,222.37 | 8/2 | 1206* | 5,000.00 |
| 8/6 | 1158 | 5,800.00 | 8/29 | 1252* | 3,575.00 |
| 8/13 | 1159 | 2,070.76 | 8/14 | 995024* | 81.66 |
| 8/13 | 1160 | 1,950.00 | 8/13 | 995025 | 800.23 |
| 8/13 | 1161 | 433.65 | | | |
| | | | | Subtotal: | 49,711.30 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/13 | ELECTRONIC PMT-WEB, CON EDISON ONLINE PMT CKF917792243POS | 1,617.69 |
| 8/13 | ELECTRONIC PMT-WEB, TIME WARNER ONLINE PMT CKF917792243POS | 672.18 |
| 8/13 | ELECTRONIC PMT-WEB, CON EDISON ONLINE PMT CKF917792243POS | 409.19 |
| 8/13 | ELECTRONIC PMT-WEB, CON EDISON ONLINE PMT CKF917792243POS | 95.84 |
| 8/13 | ELECTRONIC PMT-WEB, CON EDISON ONLINE PMT CKF917792243POS | 32.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:    2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance    12,146.21

Total Deposits    +

Sub Total

Total Withdrawals    −

Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

261 EAST 78 REALTY CORPORATION
DIP CASE 11-15624 SDNY

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Aug 01 2013-Aug 31 2013 |
| Cust Ref #: | 4264954102-039-T-### |
| Primary Account #: | 426-4954102 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/28 | DEBIT CARD PURCHASE, AUT 082813 VISA DDA PUR PACER800 676 6856IR    800 676 6856 * TX 4085404004317701 | 23.40 |
| | Subtotal: | 2,850.45 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/8 | DEP RETURN CHARGEBACK | 4,770.00 |
| 8/8 | DEP RETURN FEE | 15.00 |
| | Subtotal: | 4,785.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 7/31 | 11,759.02 | 8/13 | 10,670.90 |
| 8/1 | 20,289.96 | 8/14 | 27,752.24 |
| 8/2 | 15,289.96 | 8/21 | 32,522.24 |
| 8/5 | 24,567.59 | 8/28 | 32,498.84 |
| 8/6 | 23,537.59 | 8/29 | 12,146.21 |
| 8/8 | 18,752.59 | | |

11-15624-reg    Doc 143    Filed 10/15/13    Entered 10/15/13 11:02:25    Main Document
Pg 14 of 18

# Twelve-Month Cash Flow

|  | Beginning | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|---|---|---|---|
| **Cash Summary** | | | | | | | |
| Cash on Hand (beginning of month) | 33,391 | 33,391 | 61,436 | 42,520 | 42,110 | 3,613 | 1,993 |
| Cash Available (on hand + receipts, before cash out) | 33,391 | 113,567 | 119,865 | 101,714 | 89,922 | 45,307 | 50,187 |
| Cash Position (end of month) | 33,391 | 61,436 | 42,520 | 42,110 | 3,613 | 1,993 | 8,806 |
| **Cash Receipts** | | | | | | | |
| Basement – Esquared | 0 | | | | | | |
| 1/F - Dr Michel | 0 | 8,323 | 8,323 | 8,531 | 8,531 | 8,531 | 8,531 |
| 2/F - Amplitude | 0 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| 3/F - | 0 | | | | | | |
| 4/F - | 0 | | | | | | |
| 5/F - 200 E79 | 0 | 11,000 | 11,000 | 11,000 | | (6,500) | |
| 6/F - Mando | 0 | 21,606 | 21,606 | 22,163 | 21,606 | 22,163 | 22,163 |
| Tax Escalations | 0 | 21,747 | 0 | 0 | 175 | | |
| **Total Cash Receipts** | 0 | 80,176 | 58,429 | 59,194 | 47,812 | 41,694 | 48,194 |
| **Cash Paid Out** | | | | | | | |
| Con Edison - Gas and Electric | | 2,378 | 2,531 | 2,450 | 4,088 | 2,434 | 2,026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Time Warner - Telephones | 673 | 673 | 673 | 672 | 672 | 672 |
| DEP - Water and Sewer | 307 | | | | 272 | |
| Bldg Management/Security | 3,400 | 3,400 | 3,400 | 7,400 | 7,400 | 5,800 |
| Elevator Maintenance | 800 | 890.69 | 800.23 | 800.23 | 800.23 | 800.23 |
| Elevator Repair | 19,917 | | | | | |
| Security Sysytem - ADT | | | | | | |
| Computer/Monitor | | | | | | |
| Signage | | | | 234 | | |
| Garbage Removal | 82 | 82 | 82 | 82 | 82 | 82 |
| TI Basement | | 69,770 | 11,200 | 23,108 | 28,285 | 22,000 |
| Leasing Commissions/5th Floor repairs | | | | 11,238 | | |
| RE Taxes | | | 41,000 | 38,000 | | 10,000 |
| Insurance | | | | | | |
| Management Fees | | | | 686 | 2393.89 | |
| Miscellaneous/Admin | 20025 | | | | | |
| Professional Fees | | | | | | |
| US Trustee | 4,550 | | 0 | 0 | 975 | |
| **Total Cash Paid Out** | **52,131** | **77,345** | **59,604** | **86,309** | **43,314** | **41,380** |

Fiscal Year Begins: Jan-13

| | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Cash Collateral Budget | deviation |
|---|---|---|---|---|---|---|---|---|
| | 8,806 | 11,759 | 12,146 | 45,730 | 98,424 | 151,118 | | |
| | 70,644 | 64,723 | 64,840 | 98,424 | 151,118 | 274,052 | | |
| | 11,759 | 12,146 | 45,730 | 98,424 | 151,118 | 274,052 | | |
| | | 4,770 | 4,500 | 4,500 | 4,500 | 4,500 | | |
| | 8,531 | 8,531 | 8,531 | 8,531 | 8,531 | 8,531 | | |
| | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | | |
| | 22,163 | 22,163 | 22,163 | 22,163 | 22,163 | 22,163 | | |
| | 13643.21 | | | | | 70240 | | |
| | 61,837 | 52,964 | 52,694 | 52,694 | 52,694 | 122,934 | | |
| | 1,852 | 2,155 | | | | | 20800 | 0.96 19913.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 672 | 672 | | | 5600 | 0.96 | 5378.4 |
| | | | | 900 | 0.64 | 579.48 |
| 7,025 | 9,375 | | | 51200 | 0.92 | 47200 |
| 800.23 | 800.23 | | | 6490 | 1.00 | 6492.07 |
| 2,363 | | 3109.47 | | 25000 | 0.89 | 22279.47 |
| | 5000 | | | 5000 | 1.00 | 5000 |
| | | | | | | 0 |
| | | | | | | 234.08 |
| 82 | 82 | | | 800 | 0.82 | 653.28 |
| 20,399 | 27,071 | | | 200000 | 1.01 | 201832.68 |
| | | | | | | 11237.89 |
| 13,569 | | 16,000 | | 130000 | 0.68 | 89000 |
| | | | | 13000 | 1.04 | 13568.56 |
| 7,000 | 5000 | | | 12000 | | 12000 |
| 5124.1 | 472.05 | | | 9000 | 0.96 | 8676.16 |
| | | | | 20025 | | 20025 |
| | 1950 | | | 5525 | | 7475 |
| **58,885** | **52,577** | **19,109** | **0** | | | |